

PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas



### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Bob Sam Castleman            Case Number: 4:03CR00169-01 GH

Name of Sentencing Judicial Officer:   Honorable George Howard, Jr.
                                       United States District Judge

Offense:              Aiding and abetting mailing threatening communications, a Class D felony

Date of Sentence:     April 23, 2004

Sentence:             27 months Bureau of Prisons, 3 years supervised release, mandatory drug testing, substance abuse treatment, abstain from the use of alcohol throughout the course of any treatment, financial conditions, no new lines of credit without prior approval fo the U.S. Probation Office, and $100 special assessment

Type of Supervision:  Supervised release     Date Supervision Commenced: June 30, 2006
                                             Expiration Date: June 29, 2009

Asst. U.S. Attorney: Jane W. Duke             Defense Attorney: Bill Bristow

U.S. Probation Officer: Elaine P. Staton
Phone No.: 870-972-5189 or 870-935-1510

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

   The defendant shall participate in a program of mental health counseling under the guidance and supervision of the U.S. Probation Officer.

   Additionally, the following financial conditions shall be removed: The defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit and tax returns. This also includes records of any business with which the defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office.

## CAUSE

Mr. Castleman reports he is experiencing some depression and suicidal thoughts. He currently takes Elavil for depression. He was previously prescribed Effexor and Xanax for depression and anxiety by his family doctor while on pretrial supervision. He is in agreement to attend mental health counseling at this time.

Prob 12B            -2-            Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Bob Sam Castleman        4:03CR00169-01 GH

In regards to removing the financial conditions, Mr. Castleman has met all financial obligations to the Court and presents no financial risk to the community that would deem the conditions necessary as a monitoring tool at this time.

These changes have been discussed with Mr. Castleman. Both his attorney, Bill Bristow, and Mr. Castleman are in agreement to these modifications. Mr. Castleman has signed the PROB 49 waiver of hearing to modify conditions form.

_/s/ Elaine Staton_            _/s/ Jane W. Duke_

Elaine P. Staton            Jane W. Duke
U.S. Probation Officer            Assistant U.S. Attorney

Date: October 27, 2006            Date: 11/3/06

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_/s/ George Howard, Jr._
Signature of Judicial Officer

November 16, 2006.
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_/s/ Rebecca Fulson_
Supervising U.S. Probation Officer

EPS/khm

c:   Defense Attorney, Bill Bristow, 216 East Washington Avenue, Jonesboro, AR 72401
     Assistant U.S. Attorney, Jane W. Duke, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. However, my attorney, Bill Bristow, is aware of these modifications and is in agreement with the changes to my conditions of supervised release.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    The defendant shall participate in a program of mental health counseling under the guidance and supervision of the U.S. Probation Officer.

    Additionally, the following financial conditions shall be removed: The defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit and tax returns. This also includes records of any business with which the defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office.

Witness: _____  Signed: _____
           U.S. Probation Officer                      Probationer or Supervised Releasee

                        10/27/06
                          DATE