### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

**V.**                                                                                                    **4:03CR00169-01 JMM**

**BOB SAM CASTLEMAN**

### ORDER

Pending is the Defendant's second motion for termination of his term of supervised release. Defendant merely states that his term of supervised release should be terminated pursuant to 18 U.S.C. § 3583(e)(1) because he has served more than half of his supervised release and he has exhibited exemplary behavior. After reviewing § 3583(e)(1) and the factors set forth in § 3553, the Court is not satisfied that such action is warranted by the conduct of the Defendant and the interest of justice. The Court would need more information upon which to base such an extraordinary ruling, *i.e.*, recommendation from U.S. Probation Officer and/or United States Attorney, evidence of a compelling health or employment reason, etc. Accordingly, Defendant's motion (Docket # 104) is DENIED.

IT IS SO ORDERED this 4th day of February 2008.

_____
James M. Moody
United States District Judge